

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2015

No. 04-14-00821-CV

**CITY OF CARRIZO SPRINGS** and Adrian DeLeon, individually and as Mayor of the City of Carrizo Springs,
Appellants

v.

Isabel **CUMPIAN**, Bill Martin, Alfredo Z. Padilla, Individually and on behalf of the Carrizo Springs Housing Authority,
Appellees

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-09-12375-DCV-AJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

The parties' joint motion is granted. We order that all deadlines in this appeal are suspended until February 10, 2015. We further order appellant to file a status report with this court not later than February 10, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court